IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINGER L. HUGHES,

    Plaintiff,                                                      No. CIV S-11-1777 JAM EFB PS

    vs.

OCWEN LOAN SERVICING, et al.,

    Defendants.                              ORDER

/

        This case, in which plaintiff is proceeding pro se, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On September 19, 2011, the undersigned granted plaintiff leave to file an amended complaint. Dckt. No. 13. The amended complaint was due on or before October 17, 2011. *Id.*

        On October 17, 2011, plaintiff filed a motion for a sixty day extension of time to file her amended complaint. Dckt. No. 15. Plaintiff contends that she "is a 64 year old woman untrained in law" and that she needs more time to conduct legal research and draft an amended complaint. *Id.* Plaintiff's request for an extension will be granted; however, plaintiff is admonished that no further extensions will be granted absent a showing of substantial cause.

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Plaintiff's request for an extension of time to file an amended complaint, Dckt. No. 15, is granted;

2. Plaintiff has until December 16, 2011 to file an amended complaint, as provided in the September 19, 2011 order;

3. Failure to timely file an amended complaint in accordance with this order will result in a recommendation this action be dismissed;

4. Defendants shall file a response to plaintiff's amended complaint within fourteen days from the date an amended complaint is filed;

5. The status (pretrial scheduling) conference currently set for hearing on January 18, 2012, is continued to February 15, 2012; and

6. The parties shall file status reports, as provided in the July 6, 2011 order, no later than February 1, 2012.

DATED: October 19, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2