IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINGER L. HUGHES,

    Plaintiff,                        No. CIV S-11-1777 JAM EFB PS

    vs.

OCWEN LOAN SERVICING, et al.,         ORDER

    Defendants.
_____/

    This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On February 1, 2012, attorney John Sargentis filed a notice of substitution as plaintiff's counsel in this case, along with a proposed order that the undersigned will approve. Dckt. No. 24.

    Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. Therefore, all currently scheduled dates presently set before the undersigned will be vacated. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The substitution of counsel filed February 1, 2012, Dckt. No. 24, is approved;

////

1

1    2. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge;

3. The February 15, 2012 and March 14, 2012 hearings on defendants' motions to dismiss, Dckt. Nos. 20 and 23, which are currently set before the undersigned, are vacated; and

4. The February 15, 2012 status (pretrial scheduling) conference, Dckt. Nos. 5 and 16, which is also currently set before the undersigned, is vacated.

SO ORDERED.

DATED: February 2, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE