FILED

MAY 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ginger L. Hughes,<br><br>    Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, Mortgage Electronic Registration Systems Inc., a California Corporation, Aztec Foreclosure, a Arizona Corporation, Deutsche Bank National Trust Company, as trustee for registered holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed pass-through Certificates, Series 2006-1, Bravo Credit Corporation, Performance One Financial, All persons unknown claiming any legal or equitable right, title estate, lien or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title, and Does 1 through 50 inclusive,<br><br>    Defendants. | Case No. 2:11-cv-01777-JAM-EFB<br><br>Hon. John A. Mendez<br><br>[~~PROPOSED~~] ORDER<br><br>[FRCP 12(b)(6)]<br><br>Date:         May 16, 2012<br>Time:        9:30 a.m.<br>Courtroom:   6 |

///
///
///

[PROPOSED] ORDER

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  The Motion to Dismiss the Second Amended Complaint of plaintiff Ginger L. Hughes ("plaintiff") by defendants Ocwen Loan Servicing, LLC (erroneously sued herein as "Ocwen Loan Servicing"), Mortgage Electronic Registration Systems, Inc. (erroneously sued herein as "Mortgage Electronic Registration Systems Inc."), and Deutsche Bank National Trust Company, as Trustee for the Registered Holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1 (collectively "defendants") came on regularly for hearing on May 16, 2012 at 9:30 a.m. in Department 6 of the above-entitled Court. After considering the Motion, all papers filed therewith, the Court's file, the record, and oral argument of the parties and/or their counsel, it is **HEREBY ORDERED** that:

Defendants' Motion to Dismiss plaintiff's Second Amended Complaint is granted without leave to amend.

Defendants are dismissed from this action with prejudice.

**IT IS SO ORDERED.**

DATED: May 16, 2012

Hon. John A. Mendez
United States District Judge

**[PROPOSED] ORDER**

1