UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER L. HUGHES, | Case No. 2:11-CV-1777-JAM-EFB |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT PERFORMANCE ONE FINANCIAL'S MOTION TO DISMISS |
| OCWEN LOAN SERVICING, et al., | |
| Defendants. | |

This matter comes before the Court on Defendant Performance One Financial, Inc.'s ("Defendant") Motion to Dismiss (Doc. #54, 57) Plaintiff Ginger L. Hughes' ("Plaintiff") Second Amended Complaint (Doc. #51).[1]

Plaintiff did not file an opposition or statement of non-opposition to Defendant's Motion to dismiss.  Local Rule 230(c) requires a party responding to a motion to file either an opposition or a statement of non-opposition to the motion no less than fourteen (14) days preceding the noticed hearing date. Local

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 230(g).  The hearing was originally scheduled for June 27, 2012.

1

Rule 110 authorizes the Court to impose sanctions for "[f]ailure of counsel or of a party to comply with these Rules . . . ." Since Plaintiff's counsel, John S. Sargetis, failed to file any response to Defendant's Motion to Dismiss, the Court will sanction Plaintiff's counsel $150.00 unless he shows good cause for his failure to comply with the Local Rules.

## ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED in its entirety. It is further ordered that within ten (10) days of this Order, John S. Sargetis shall either (1) pay sanctions of $150.00 to the Clerk of this Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: July 10, 2012

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE